In the Matter of the Application of THOMAS F. FLYNN, Individually and as Executive Chairman of the Jeffersonian Party, and Others, Appellants, for a Mandamus Order against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents; RAYMOND A. MASSIMINE and Others, Constituting the Committee on Vacancies of the Jefferson Party, and

PETER J. BRANCATO and Others, Respondents.— Order restraining and enjoining the board of elections of the city of New York from placing on the official ballot to be used at the general election to be held on November 5, 1935, the name "Jeffersonian Party," with its emblem, the "Rooster," affirmed, without costs. No opinion. Young, Scudder, Tompkins and Johnston, JJ., concur; Davis, J., not voting.